UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL GATSON,                            :
                                          : Civil Action No. 10-5610 (DRD)
            Petitioner,                   :
                                          :
      v.                                  :           **O R D E R**
                                          :
GREG BARTKOWSKI, et al.,                  :
                                          :
            Respondents.                  :

   Petitioner, a state prisoner confined at the New Jersey State Prison in Trenton, New Jersey, having submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254; and it appearing that:

   1. Petitioner submitted his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, on or about October 28, 2010, with a request to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915. His application to proceed as an indigent included only his prison account statement for the past six months.

   2. Upon this Court's inspection of petitioner's prison account statement, it appears that petitioner has had a maximum balance of $225.00 within the six months preceding the filing of this habeas petition.

   3. Local Civil Rule 81.2(c) prohibits this Court from granting <u>in forma pauperis</u> status to any habeas petitioner whose prison account exceeds $200 during the six-month period before the date of the certification of petitioner's prison account.

See also Local Civil Rule 81.2(b).

It is therefore on this  8th  day of   February  , 2011

ORDERED that petitioner's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 is denied; and it is further

ORDERED that petitioner shall be given 30 days from the date of entry of this Order to remit the requisite $5.00 filing fee for habeas petitions, pursuant to Local Civil Rule 54.3, and the Clerk shall not close the file during this 30-day time period; and it is further

ORDERED that if petitioner does not pay the filing fee within the time specified above, then the Clerk shall deem the petition withdrawn and close the file without assessing fees.

_____
DICKINSON R. DEBEVOISE
United States District Judge